# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| JONE JOHNSON | : | DOCKET NO. 05-0821 |
| --- | --- | --- |
| VERSUS | : | JUDGE MINALDI |
| MICHAEL GORDON | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with today's memorandum ruling, the above-captioned action is hereby remanded to the 33rd Judicial District Court for the Parish of Allen, State of Louisiana.

IT IS FURTHER ORDERED that the Clerk of Court make out a certified copy of this judgment, and forward the same to the Clerk of the 33rd Judicial District Court for the Parish of Allen, State of Louisiana

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 22nd day of July, 2005.

_____
ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE